OTC

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOV 15 2024

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

REBECCA KAASE                         CIVIL NO. 3:24cv1573

VS

                                      JUDGE_____

UNIVERSITY OF LOUISIANA SYSTEM
BOARD OF REGENTS,
and
LOUISIANA TECH UNIVERSITY POLICE CHIEF
RANDAL HERMES                         MAGISTRATE
                                      JUDGE_____

## COMPLAINT OF EMPLOYMENT DISCRIMINATION OF THE CIVIL RIGHTS ACT OF 1964, AGE, RETALIATION VIOLATION OF AMERICANS WITH DISABILITY ACT

**I, Rebecca Kaase, being of majority age and a resident of and residing in the City of Ruston, Parish of Lincoln, State of Louisiana do and hereby state the following are true:**

1.
My employment began at the Louisiana Tech University Police Department on May 24, 2023, and I was terminated on January 4, 2024.

2.
Prior to my first date of employment Assistant Chief Bill Davis told me that I would remain on days. Approximately three months later Assistant Chief Bill Davis asked if I would mind going to nights.

3.
On November 20, 2023, I wrote a letter to Chief Randal Hermes of the Louisiana Tech University Police Department, requesting accommodations due to my diabetes management and my caregiver status.

4.

On or about November 29, 2023, Chief Randal Hermes denied my request. This denial is in violation of the American Disability Act.

5.

On November 29, 2023, I called Louisiana Tech University Human Resources and spoke to Winter Collier and told her about Chief Randal Hermes denying my request. She stated that I could transfer to another position on campus when something came up that was within my pay grade.

6.
On December 21, 2023, I sent an email to Chief Randel Hermes stating I would be seeking employment elsewhere on campus.

7.
In relation to my complaints about younger female employee receiving different treatment than myself. Chief Randal Hermes made a violation of the Age Discrimination in Employment Act and University of Louisiana System Policy No.1439 and 1440.

8.

Said younger female employee made several false statements about me, both Chief Hermes and Assistant Chief Bill Davis believed the younger female employee. Chief Randal Hermes and Assistant Chief Bill Davis continued to favor said employee even after my termination.

9.
On more than one occasion I was overlooked, ignored, and ridiculed by Chief Randal Hermes and Assistant Chief Bill Davis and other officers/dispatcher even though I was more experienced than others.

10.

On December 31, 2023, I filed a formal complaint with the EEOC relative to my complaints about a younger female employee as well as the refusal to make accommodations for my disability. Copy of Right to Sue/Determination Letter from EEOC attached.

11.

On January 4, 2024, I received my letter of termination.

Following a Jury Trial, I seek relief as follows:

1. Lost wages:

Pay period ending on 01/26/2024. 48.00 hours;

Pay period ending on 02/09/2024 84 hours;

Pay period ending on 02/23/2024 84 hours;

2. Deposit into retirement account by Louisiana Tech University in the amounts normally deposited from the previously mentioned pay periods;

3. Monetary damages for pain and suffering in the amount of $250,000;

4. Monetary damages for violation of the American Disability Act in the amount of $250,000; and

5. Monetary damages for violation of the Retaliation and Age Discrimination in Employment Act in the amount of $250,000.

Under penalty of perjury, I declare that the information given in this complaint is true and correct.

This 15th day of November, 2024.

*Rebecca Kaase*
REBECCA KAASE
271 TURKEY CREEK RD.
RUSTON, LOUISIANA 71270
KAASEPARTNERS@YAHOO.COM
TELEPHONE: 318.914.0974

WITNESS: *Michael Yates*
Print Name: Michael Yates
Date: 11-15-2024

WITNESS: *Tyler Weatherford*
Print Name: James Tyler Weatherford
Date: 11-15-24

PLEASE SERVE:

LOUISIANA BOARD OF REGENTS

1201 N. 3RD STREET

SUITE 6-200

BATON ROUGE, LA 70802


UNIVERSITY OF LOUISIANA SYSTEMS

1201 NORTH THIRD STREET

SUITE 7-300

BATON ROUGE, LA 70802


RANDAL HERMES

LOUISIANA TECH UNIVERSITY POLICE CHIEF

1104 HERGOT AVE

RUSTON, LA 71272